IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV44-1-MU

| | |
|---|---|
| JOHN R. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JIMMY HATLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon its own motion.

On or about November 9, 2005, the Court mailed Plaintiff a copy of a November 8, 2005, Order. On or about December 1, 2005, the Order was returned to the Court as undeliverable. It is a Plaintiff's duty to keep the Court informed of his whereabouts. Plaintiff has failed to do so. Consequently, this Court will dismiss Plaintiff's Complaint without prejudice.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 is **DISMISSED** without prejudice.

**Signed: December 19, 2005**

Graham C. Mullen
Chief United States District Judge