IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV44-1-MU

| | |
|---|---|
| JOHN R. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| JIMMY HATLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Defendant Hall's Motion for a Protective Order, filed May 3, 2006.

Defendant Hall has filed a Motion for a Protective Order asking the Court to relieve him of his obligation to respond to Plaintiff's Motion for Production of Documents and Motion of Discovery. On the same day that Defendant Hall filed this motion, this Court granted Defendant Hall's Motion for Summary Judgment and denied Plaintiff's Motion to Produce Documents. As such, Defendant Hall's present motion is denied as moot.

**IT IS THEREFORE ORDERED THAT** Defendant Hall's Motion for a Protective Order is DENIED as moot.

Signed: May 5, 2006

Graham C. Mullen
United States District Judge