IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV44-1-MU

| | |
|---|---|
| JOHN R. ALLEN, | ) |
| Plaintiff, | ) |
| v. | )     O R D E R |
| JIMMY HATLEY, et al., | ) |
| Defendants. | ) |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Production of Documents, filed May 3, 2006.

On May 2, 2006, this Court granted Defendants' Motion for Summary Judgment and dismissed Plaintiff's Complaint. As such, Plaintiff's present motion is denied as moot.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Production of Documents is DENIED as moot.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge